THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CASTALDI, Appellant.— Judgment reversed and the information dismissed, upon the ground that there was no proof of culpable negligence on the part of the defendant. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

CHARLSID REALTY CO., INC., Appellant, v. BELJAY REALTY HOLDING CORPORATION, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

CHARLES W. LEFSCHUTZ, Appellant, v. ISRAEL GLAZER and Another, Defendants, Impleaded with BENJAMIN SACK and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JOSEPH D. KARASIK, Appellant, v. ARTHUR M. LAMPORT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

TAMAL PACKING COMPANY, Respondent, v. LEWIS DE GROFF & SON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MARTIN HOELKEN, Respondent, v. AMERICAN SURETY COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

DOMESTIC ELECTRIC CO., INC., Respondent, v. JOHN J. MELISKI, Appellant.— Judgment and order reversed, with costs, and motion for summary judgment denied, with ten dollars costs, on the ground that issues of fact as to the agency were presented which must be tried. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

IRENE JORNS, Respondent, v. CHARLES NORRIS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MARGARET JORNS, Respondent, v. CHARLES NORRIS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

GIOVANNI AQUINO, INC., Respondent, v. SELENA L. BLOCH and Others, as Executors, etc., of BERT K. BLOCH, etc., Appellants.— Determination affirmed, with costs, and judgment absolute ordered against the defendants upon their stipulation, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, and McAvoy, JJ. [122 Misc. 680.]

In the Matter of the Transfer Tax upon the Estate of DELLORA R. GATES, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

PEOPLES NATIONAL FIRE INSURANCE COMPANY OF PHILADELPHIA and Another, Appellants, v. NEW YORK LIFE INSURANCE AND TRUST COMPANY, Respondent. PEOPLES NATIONAL FIRE INSURANCE COMPANY OF PHILADELPHIA, Appellant, v. NEW YORK LIFE INSURANCE AND TRUST COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.